UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
:
:
------------------------------------------------------------------X
HARALD GABRIELSEN AND DEBI : 07-CV-05357-AKH
GABRIELSEN, :
:
                   Plaintiffs, : **APPEARANCE**
:
  - against - :
: **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*, :
:
                 Defendants. :
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                          By:    /s/ Judith R. Cohen
                                _____
                                Judith R. Cohen (JC-8614)
                                1177 Avenue of the Americas
                                New York, New York 10036
                                Phone: (212) 277-6500
                                Fax: (212) 277-6501

                                *Attorney for Defendant*
                                MERRILL LYNCH & CO., INC.