x:\ATS51717\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
HARALD GABRIELSEN AND DEBI GABRIELSEN,

                          Plaintiff(s),

     - against -

ALAN KASMAN DBA KASCO, AMERICAN EXPRESS
BANK, LTD, AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BFP TOWER C CO. LLC., BFP TOWER C MM LLC.,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., LEHMAN BROTHERS
HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN
COMMERCIAL PAPER, INC., MCCLIER CORPORATION,
MERRILL LYNCH & CO., INC., NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STRUCTURE TONE (UK), INC.,

21 MC 102 (AKH)

Civil Action No.: 07 CV 5357

**NOTICE OF ADOPTION**

STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP INC., TRAMMELL CROW COMPANY,
TRAMMELL CROW CORPORATE SERVICES, INC.,
TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC.,
WFP RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P.,
WFP TOWER A CO., WFP TOWER A CO. G.P. CORP.,
WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P.
CORP., WFP TOWER B HOLDING CO., LP, AND WFP
TOWER B. CO., L.P., ET AL.,

            Defendant(s).

------------------------------------------------------------------------X

COUNSELORS:

      PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

      WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       October 5, 2007

                                                                   _____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
ANN TAYLOR STORES CORPORATION.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600